No. 11, Original. UNITED STATES *v.* LOUISIANA. The motion by the State of Louisiana to take depositions and the motion by the United States for judgment are set for hearing on Monday, April 8th, next. THE CHIEF JUSTICE took no part in the consideration or decision of these motions. *Attorney General Brownell* and *Solicitor General Rankin* for the United States. *Jack P. F. Gremillion,* Attorney General, *W. Scott Wilkinson, Edward M. Carmouche* and *John L. Madden,* Special Assistant Attorneys General, *Bailey Walsh, Hugh M. Wilkinson* and *Victor A. Sachse* for the State of Louisiana.

No. 115. GARLINGTON ET AL. *v.* WASSON ET AL. The motion to treat the appeal papers as a petition for writ of certiorari is granted and the order entered in this case on October 8, 1956, 352 U. S. 806, is amended to read as follows:

"*Per Curiam:* The appeal is dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari is denied." MR. JUSTICE BRENNAN took no part in the consideration or decision of this case.

*Elmer McClain* for movants.

No. 475. MOREY, AUDITOR OF PUBLIC ACCOUNTS OF ILLINOIS, ET AL. *v.* DOUD ET AL., DOING BUSINESS AS BONDIFIED SYSTEMS, ET AL. Appeal from the United States District Court for the Northern District of Illinois. (Probable jurisdiction noted, 352 U. S. 923.) The motion to substitute Benjamin S. Adamowski as a party appellant in the place and stead of John Gutknecht is granted. *Latham Castle,* Attorney General of Illinois, for movants.